[No. 31897-1-II.  Division Two.  July 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GREENING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-01540-7, Beverly Grant, J., entered June 18, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton and Bridgewater, JJ.

[No. 31930-6-II.  Division Two.  July 20, 2005.]

*In the Matter of the Marriage of* F.A., *Respondent*, and N.A., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-3-00331-2, Christine A. Pomeroy, J., entered July 2, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Van Deren, JJ.

[No. 32412-1-II.  Division Two.  July 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-1-00184-9, Gordon Godfrey, J., entered September 28, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 32527-6-II.  Division Two.  July 20, 2005.]

LYNETTE LICHENSTEIN, *Appellant*, v. ANGELA M. WAGNER ET AL., *Defendants*, MARVIN NELSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-09083-6, Linda C.J. Lee, J., entered November 16, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.